v. *Swing,* 312 U. S. 321. *Mr. Edward C. Maguire* for petitioners. *Hyman Wohl* and *Louis Platzman, pro se.*

No. 1063. PEARL ASSURANCE CO., LTD., ET AL. *v.* HARRINGTON, COMMISSIONER OF INSURANCE.

June 2, 1941. *Per Curiam:* The judgment is affirmed. MR. JUSTICE FRANKFURTER took no part in the consideration and decision of this case. *Mr. Basil O'Connor* for appellants.

No. 1066. DARNALL TRUCKING CO., INC., ET AL. *v.* SIMPSON, STATE ROAD COMMISSIONER, ET AL. June 2, 1941. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Maurer* v. *Hamilton,* 309 U. S. 598. *Messrs. Robert G. Kelly* and *Edmund M. Brady* for appellants. *Messrs. Clarence W. Meadows,* Attorney General of West Virginia, and *Robert S. Spilman* for appellees.

No. 1067. ALROPA CORPORATION *v.* KIRCHWEHM. June 2, 1941. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented substantial federal question. (1) *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *Herndon* v. *Georgia,* 295 U. S. 441, 443; (2) *Zadig* v. *Baldwin,* 166 U. S. 485, 488; *Live Oak Water Users' Assn.* v. *Railroad Commission,* 269 U. S. 354, 357–358; (3) *Kryger* v. *Wilson,* 242 U. S. 171, 176; *Finney* v. *Guy,* 189 U. S. 335,